FILED
CLERK, U.S. DISTRICT COURT
AUG 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 101 OCEAN CONDOMINIUM HOMEOWNERS ASSOCIATION, a California mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Minnesota corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV09-1206 SVW (JCx)<br><br>[~~PROPOSED~~] JUDGMENT |

///
///
///

1

CV09-1206 SVW (JCx)
[PROPOSED] JUDGMENT

177843.1

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017

On June 8, 2009, the Hon. Stephen Wilson, District Judge Presiding, considered Century Surety Company's and Travelers Casualty and Surety Company of America's Motions for Summary Judgment. The Court considered the evidence presented, has duly heard and fully considered the issues, and has rendered a decision.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff 101 Ocean Condominium Homeowners Association take nothing by its complaint, and that the action be dismissed on the merits

Dated: 8/26/09

Stephen V. Wilson, United States District Judge